**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT PIKEVILLE**

**CIVIL ACTION NO. 22-103-DLB-EBA**

**LON ADAMS**                                                                                    **PLAINTIFF**


**v.**                                                   **JUDGMENT**


**WALMART STORES EAST, L.P.**                                            **DEFENDANT**

**\*\*\* \*\*\* \*\*\* \*\*\***

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1)    Defendant's Motion for Summary Judgment (Doc. # 12) is **GRANTED**;

(2)    This matter is **DISMISSED AND STRICKEN** from the Court's active docket and;

(3)    Judgment is **ENTERED** in favor of Defendant.

This is a **FINAL and APPEALABLE** Order, and no just cause for delay exists.

This 9th day of November, 2023.



Signed By:
*David L. Bunning*  DB
United States District Judge


K:\DATA\ORDERS\PikeCivil\2022\22-103 Judgment.docx